In re APPEAL OF the CITY OF PITTS-
BURGH from the Action of the Board
of Property Assessment Appeals and
Review of Allegheny County in Re-
gard to Property Owned by the Pitts-
burgh Trust for Cultural Resources,
Situated in the 2nd Ward of the City
of Pittsburgh.

Block and Lot No. 2–A–25.

Petition of The Pittsburgh Trust
for Cultural Resources.

In re Appeal of the City of Pittsburgh
from the Action of the Board of Prop-
erty Assessment Appeals and Review
of Allegheny County in Regard to
Property Owned by the Pittsburgh
Trust for Cultural Resources, Situated
in the 2nd Ward of the City of Pitts-
burgh.

Block and Lot No. 9–N–196.

Petition of The Pittsburgh Trust
for Cultural Resources.

Supreme Court of Pennsylvania.

Feb. 8, 2011.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of February,
2011, the Petition for Allowance of Appeal
is **GRANTED** with respect to the follow-
ing issue:

> Whether a purely public charity, an ex-
> press purpose of which is to acquire real
> property to assist in the development of
> a city's "cultural district," is entitled to

tax exemption for real property it ac-
quires, maintains and/or manages in fur-
therance of that purpose, but which the
charity has not yet begun to develop?

Larry WASLOW, Liquidating Supervi-
sor of the National Organization for
Children, Inc. F.D.B.A. T.E.A.C.H.,
F.D.B.A. the Einstein Academy Char-
ter School, Appellant

v.

PENNSYLVANIA DEPARTMENT
OF EDUCATION, Appellee.

Supreme Court of Pennsylvania.

Feb. 22, 2011.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of February,
2011, the order of the Commonwealth
Court is hereby **AFFIRMED.**

Jurisdiction relinquished.